AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
## for the

### Southern District of Ohio

FILED
JAMES BONINI
CLERK

2012 MAY 11 PM 1: 51

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>**USPS Express Mail parcel EG917683161US**<br>**addressed to Larry Smith Sr., 566 Kimball**<br>**Pl., Columbus, OH 43205; bearing the**<br>**return address of Ian Smith Jr., 1117**<br>**Entrada Dr., Oxnard, CA 93031.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. 2:12-mj-00201 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _Southern_ District of _Ohio_
*(identify the person or describe the property to be searched and give its location):*

**USPS Express Mail parcel EG917683161US addressed to Larry Smith Sr., 566 Kimball Pl., Columbus, OH 43205;**
**bearing the return address of Ian Smith Jr., 1117 Entrada Dr., Oxnard, CA 93031. The parcel is a 12"x 12"x 12.5"**
**brown cardboard box, sealed with clear tape, weighing 5.4 pounds; mailed on March 22, 2012, from Oxnard, CA 93036,**
**with $57.60 postage affixed. The parcel is presently located at 850 Twin Rivers Dr., Columbus, OH 43216.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
**A quantity of controlled dangerous substance which is contraband, in violation of Title 21, United States Code, Section**
**841(a)(1), Distribution of Controlled Substances, and Title 21, United States Code, Section 843(b), Unlawful Use of Communication**
**Facility (U.S. Mail)**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _**4/6/2012**_
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____a U.S. Magistrate/Judge_____ .
        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*     ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __March 23, 2012__ **3:03 p.m.**

Judge's signature

City and state: _____Columbus, Ohio_____     __Terence P. Kemp, U.S. Magistrate Judge__
                                                   *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.:<br>2:12-mj-201 | Date and time warrant executed:<br>3/23/12   3:35PM | Copy of warrant and inventory left with:<br>Postmaster |
|---|---|---|

Inventory made in the presence of : *Rory Pankhurst*

Inventory of the property taken and name of any person(s) seized:

1.0 pound of marijuana

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/11/2012

_____
Executing officer's signature

D.T. Simmons, Postal Inspector
Printed name and title